IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARJAM SUPPLY CO. OF FLORIDA, LLC, ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 17-MC-102 |
| PLITEQ, INC., ET AL. : | |

# **O R D E R**

**AND NOW**, this 4th day of <u>August</u>, 2017, upon consideration of Paul Downey's Motion to Compel Ecore International, Inc.'s Compliance With Subpoena to Produce Documents (ECF No. 2), and non-party Arthur Dodge, III's Motion to Quash the Subpoena Compelling His Deposition (ECF No. 12), it is **ORDERED** as follows:

1. Downey's Motion to Compel is transferred to the United States District Court for the Southern District of Florida.

2. Arthur Dodge III's Motion to Quash is **DENIED.**

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**U.S. District Judge**